## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CLINTON TOBIAS CUMMINGS,

    Petitioner,

v.                                          Case No. 8:10-CV-1907-T-30MAP
                                            Crim Case No. 8:08-CR-435-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **O R D E R**

This matter comes before the Court for consideration of Petitioner's letter to the Clerk of Court (CV Dkt. 4) which the Court construes as both an application for a certificate of appealability, and a Notice of Appeal (CV Dkt. 5) of the August 30, 2010 decision dismissing Petitioner's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 as a second or successive motion (see CV Dkt. 3).[1] Petitioner did not pay the appellate filing fee and costs or seek leave to proceed on appeal *in forma pauperis*.

A prisoner seeking a motion to vacate has no absolute entitlement to appeal a district court's denial of his motion. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a certificate of appealability ("COA"). Id. "A [COA] may issue . . . only if the applicant has

---

[1] "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- (B) the final order in a proceeding under section 2255. . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

made a substantial showing of the denial of a constitutional right." Id. at § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not made the requisite showing in these circumstances. Finally, because Petitioner is not entitled to a certificate of appealability, he is not entitled to appeal *in forma pauperis*.

ACCORDINGLY, the Court **ORDERS** that Petitioner's construed application for issuance of a certificate of appealability (CV Dkt. 4) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 20, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Petitioner pro se